# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: [ ] COMPLAINT  [X] INFORMATION  [ ] INDICTMENT  [ ] SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

E-filing

## OFFENSE CHARGED
18 U.S.C. § 1832(a)(1) - Theft of Trade Secrets

[ ] Petty
[ ] Minor
[ ] Misdemeanor
[X] Felony

**PENALTY:**
Max. 10 years imprisonment;
Max. $250,000 fine;
Max 5 years supervised release;
$100 special assessment.

**DEFENDANT - U.S.**
→ MEHDI MATT RASHIDI

**DISTRICT COURT NUMBER**
CR05-00744 MJJ

FILED
NOV 18 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
S/A

[ ] person is awaiting trial in another Federal or State Court, give name of court

[ ] this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

[X] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
    [ ] U.S. Att'y   [ ] Defense

SHOW DOCKET NO.

[ ] this prosecution relates to a pending case involving this same defendant

[ ] prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
KEVIN V. RYAN
[X] U.S. Att'y   [ ] Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
MARK L. KROTOSKI

## DEFENDANT

**IS NOT IN CUSTODY**
1) [ ] Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges →
2) [ ] Is a Fugitive
3) [ ] Is on Bail or Release from (show District)
NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) [ ] On this charge
5) [ ] On another conviction
6) [ ] Awaiting trial on other charges
   [ ] Fed'l   [ ] State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?
[ ] Yes  [ ] No
If "Yes" give date filed

**DATE OF ARREST** → Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** → Month/Day/Year

[ ] This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
[ ] SUMMONS  [X] NO PROCESS*  [ ] WARRANT  Bail Amount:

If Summons, complete following:
[ ] Arraignment  [ ] Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

KEVIN V. RYAN (CASBN 118321)
United States Attorney

FILED
'05 NOV 18 PM 2:04

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MEHDI MATT RASHIDI,<br><br>Defendant. | No. CR CR05-00744 MJJ<br><br>VIOLATION: 18 U.S.C. § 1832(a)(1) –<br>Theft of Trade Secrets<br><br>OAKLAND VENUE |

INFORMATION

The United States Attorney charges:

At all times relevant to this Information:

Background

1.   BioGenex Laboratories, Inc. ("BioGenex"), was a San Ramon-based, privately-held company engaged in the business of automation of cell and tissue testing, including Immunohistochemistry (IHC) and In Situ hybridization (ISH). One of BioGenex's products involved the Nirvana I-4000, an automated Staining System, which was sold and shipped, and intended to be sold and shipped, in interstate and foreign commerce.

2.   Lab Vision Corporation, headquartered in Fremont, California, was a competitor of BioGenex.

INFORMATION [United States v. Mehdi Matt Rashidi]

3.    Defendant MEHDI MATT RASHIDI was employed by BioGenex beginning in 1998, originally as a senior engineer and eventually as Director of Imaging and Diagnostic Systems. As a BioGenex employee, defendant RASHIDI agreed to abide by company terms and polices to avoid conflicts of interest, maintain the confidentiality of proprietary information, and avoid the disclosure of any trade secrets to any third party.

4.    In 2004, while employed at BioGenex, defendant MEHDI MATT RASHIDI entered into discussions with Lab Vision Corporation for employment. On or about July 30, 2004, defendant RASHIDI received a written offer of employment from Lab Vision Corporation for the position of Vice President, New Technologies, with a base salary of $175,000 and a bonus plan of $25,000, among other benefits.

5.    On August 26, 2004, in the evening, defendant RASHIDI sent an e-mail to the BioGenex Human Resources Manager announcing his resignation from BioGenex effective September 2, 2004.

Theft Of Trade Secrets

6.    On or about August 26, 2004, in the Northern District of California, the defendant

MEHDI MATT RASHIDI,

with intent to convert a trade secret to the economic benefit of someone other than the owner thereof, specifically, engineering notes concerning the design and specifications of the Nirvana I-4000, an automated Staining System of BioGenex, which trade secrets were related to and included in a product that was produced for and placed in interstate and foreign commerce, did steal and without authorization appropriate, take, carry away, and conceal such information, and attempt to do so, and intending and knowing that his possession and theft would injure BioGenex.

// // //
// // //
// // //
// // //
// // //
// // //

1  All in violation of Title 18, United States Code, Section 1832(a)(1).

2  Dated: November 17, 2005

                                         KEVIN V. RYAN
                                         United States Attorney

                                         BRIAN STRETCH
                                         Chief, Oakland Branch

(Approved as to form: _____)
                      AUSA MARK L. KROTOSKI

INFORMATION [United States v. Mehdi Matt Rashidi]  3