

1   TED W. CASSMAN (SBN 98932)
    ARGUEDAS, CASSMAN & HEADLEY, LLP
2   5900 Hollis Street, Suite N
    Emeryville, California 94608
3   Telephone: (510) 654-2000

4   Attorneys for Defendant
    MATTEO RASHIDI
5

6

7                   IN THE DISTRICT COURT OF THE UNITED STATES

8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                            SAN FRANCISCO VENUE

10  UNITED STATES OF AMERICA,              NO. CR 05-00744 MJJ

11                   Plaintiff,
                                           STIPULATION TO CONTINUE
12  vs.                                    SENTENCING HEARING; AND
                                           [PROPOSED] ORDER
13  MEHDI MATTEO RASHIDI,

14  _____ Defendants. /

15          It is hereby stipulated that the sentencing hearing in the above-referenced

16  matter should be continued to April 27, 2006, at 2:00 p.m. to enable the probation

17  department to complete its investigation and report. All parties and the probation

18  department have agreed to the new date.

19  Dated: February 13, 2006

20

21

                                           TED W. CASSMAN, attorney for
22                                         Defendant MEHDI RASHIDI

23  Dated: February 13, 2006

24

25

                                           MARK KROTOSKI,
26                                         Assistant U.S. Attorney

                                  1

RECEIVED

06 FEB 13 PH 3: 00

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED

FEB 14 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1

2 **ORDER**

3 Good cause appearing, it is so ORDERED.

4

Dated: February 14, 2006

5

6

7 MARTIN J. JENKINS, Judge
United States District Court

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26