TED W. CASSMAN (SBN 98932)
ARGUEDAS, CASSMAN & HEADLEY, LLP
5900 Hollis Street, Suite N
Emeryville, California 94608
Telephone: (510) 654-2000

Attorneys for Defendant
MEHDI M. RASHIDI

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

UNITED STATES OF AMERICA,                NO. CR 05-00744 MJJ

            Plaintiff,                STIPULATION FOR CONTINUANCE
                                         OF SENTENCING HEARING AND
vs.                                      [PROPOSED] ORDER

MEHDI M. RASHIDI,

            Defendant.       /

      It is hereby stipulated by and between the parties that the sentencing date of April 27, 2006, should be vacated and that the matter should be placed on the court's calendar on May 25, 2006 at 2:00 p.m. for sentencing. The continuance is necessary because defense counsel will be out the State on April 27, 2006.

Dated: April 17, 2006

                                        /s/ Ted W. Cassman
                                        TED W. CASSMAN
                                        Attorney for Defendant
                                        MEHDI M. RASHIDI

//
//
//
//

1 | Dated: April 17, 2006

_____
MARK KROTOSKI,
Assistant U.S. Attorney

---

**ORDER**

It is so ORDERED.

Dated: April 17, 2006

_____
MARTIN J. JENKINS,
United States District Court Judge

STIPULATION/ORDER CONTINUING SENTENCING         2